David A. DiMarzio
Clerk of Court

***UNITED STATES DISTRICT COURT***
***District of Rhode Island***

Paulette J. Dube
Chief Deputy Clerk

# NOTICE OF PROPOSED AMENDMENTS TO LOCAL RULES

Pursuant to 28 U.S.C. § 2071(b), Fed. R. Civ. P. 83(a)(1) and Fed. R. Crim. P. 57(a)(1), the United States District Court for the District of Rhode Island hereby gives notice that proposed Amendments to the Court's Local Rules are being considered for adoption.

The Court invites public comment on the proposed Local Rules.

Copies of the proposed Amendments may be reviewed and printed from the Court's website at www.rid.uscourts.gov . These Amendments are also available for inspection at the Clerk's Office, United States District Court, One Exchange Terrace, Providence, RI 02903.

Any comments should be submitted, in writing, **no later than Monday, February 11, 2008** via e-mail to Local_Rules@rid.uscourts.gov or by submission to the Clerk's Office.

JANUARY 11, 2008

DAVID A. DiMARZIO
CLERK OF COURT

One Exchange Terrace • Federal Building and Courthouse • Providence, RI 02903 • Tel: (401) 752-7200 • Fax: (401) 752-7247