ADLER POLLOCK & SHEEHAN P.C.

One Citizens Plaza, 8th floor
Providence, RI 02903-1345
Telephone 401-274-7200
Fax 401-751-0604 / 351-4607

175 Federal Street
Boston, MA 02110-2210
Telephone 617-482-0600
Fax 617-482-0604

www.apslaw.com

February 8, 2008

**VIA EMAIL**

David DiMarzio, Clerk of Court
United States District Court
District of Rhode Island
One Exchange Terrace
Providence, RI 02903

***Re: Proposed Amendments to Local Rules***

Dear Mr. DiMarzio:

I am in writing to offer my personal comments on one of the proposed amendments to the local rules.

I am not in favor of the second sentence of LR Gen 204(e)(3), which allows *pro hac vice* counsel to file pleadings, motions, and other documents with the Court so long as the documents have the required signature of local counsel and local counsel has given *pro hac vice* counsel permission to affix local counsel's signature. I believe this function should be solely in the hands of local counsel, as is current practice. While in theory I have no objection to the proposed rule as written, I believe it may cause problems in practice. It has been my experience that the best way for local counsel's unique knowledge about the Court, local law/procedure and the pending matters in the case will be considered by *pro hac vice* is if local counsel, who is ultimately responsible for the contents of all filings, has the sole ability to file any papers. I base this conclusion on my experience serving as local counsel since coming to Rhode Island in 1993. While arguably the same result can be accomplished if local counsel is able to withhold permission to have his or her name affixed to the pleading, I fear that, with heavy caseloads, the crush of business or any number of reasons, there might be miscommunication between offices about that permission. Having local counsel be the sole attorney who can file papers with the

STATE CAPITAL
GLOBAL LAW FIRM GROUP

Member firms of the State Capital Global Law Firm Group practice independently and not in a relationship for the joint practice of law.

ADLER POLLOCK & SHEEHAN P.C.



Court prevents any misunderstanding, truly encourages *pro hac vice* counsel to heed local counsel's advice and, indeed, prevents inadvertent filing of papers without the knowledge or input of local counsel. I would add that I have not heard of any problems with the current system which I believe has worked well in practice.

Thank you for your consideration of my views.

Very truly yours,

DAVID A. WOLLIN
DAW/cgv

443925_1.doc